NUMBER 13-06-410-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 





 

GLORIA LEAL, Appellant,


v.



DESI LEAL, AS EXECUTOR OF THE ESTATE

OF ALEX L. LEAL, DECEASED, Appellee.





On appeal from the 267th District Court 


of Jackson County, Texas.






MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Hinojosa and Garza
Memorandum Opinion Per Curiam


 Appellant, GLORIA C. LEAL, perfected an appeal from an order entered by the
267th District Court of Jackson County, Texas, in cause number 05-6-12591. 
Appellant has filed in a motion to withdraw the notice of appeal. In her motion,
appellant requests that her appeal be withdrawn. 

 The Court, having considered the appellant's motion to withdraw notice of
appeal, is of the opinion that the motion should be granted. Appellant's motion to
withdraw the notice of appeal is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 10th day of August, 2006.